142 So. 923

**Joe MARLOW, alias Marler, v. STATE.**

8 Div. 495.

Court of Appeals of Alabama.
May 24, 1932.

SAMFORD, J.
Affirmed.

141 So. 923

**Willie Jack MARSHALL v. STATE.**

6 Div. 199.

Court of Appeals of Alabama.
May 10, 1932.

BRICKEN, P. J.
Appeal dismissed.

140 So. 925

**John H. MATHEWS v. STATE.**

2 Div. 498.

Court of Appeals of Alabama.
March 29, 1932.

RICE, J.
Appeal dismissed.

145 So. 921

**James H. MATNEY v. STATE.**

8 Div. 757.

Court of Appeals of Alabama.
Dec. 20, 1932.

BRICKEN, P. J.
Appeal dismissed on motion of appellant.

145 So. 921

**B. F. MATTHEWS v. Elbert SANDERSON.**

8 Div. 779.

Court of Appeals of Alabama.
Jan. 31, 1933.

F. S. Parnell, of Florence, for appellant.
Wm. L. Chenault, of Russellville, for appellee.

RICE, J.
Appeal dismissed by appellant.

148 So. 922

**Jim MATTHEWS v. STATE.**

6 Div. 395.

Court of Appeals of Alabama.
May 9, 1933.

SAMFORD, Judge.
Affirmed.